

FILED & JUDGMENT ENTERED
David E. Weich

Sep 17 2010

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### Charlotte Division

IN RE:

WATUNDA M. LINTON

SSN#: XXX-XX-6370

Chapter 13
CASE NO:   10-31089
Related Court Docket Number: 12

## ORDER

ON 09/15/2010, AFTER NOTICE, THIS MATTER CAME ON FOR HEARING UPON:

Motion to Dismiss Case or to Modify Plan

AND, THIS COURT FINDS that:

[ Y(N) ] Debtor present        (Y)/N ] SANDRA U CUMMINGS present

[✓] Plan payments are in substantial default.

[✓] Debtor can resume payments __October 2010__.

[ ]

IT IS, THEREFORE, ORDERED that:

[ ] Case is hereby dismissed.

[✓] Case subject to dismissal without further notice upon payment default for __October 2010__.

[ ] Case subject to dismissal if not converted to Chapter 7 within _____ days.

[✓] Plan payments are to resume at/to be changed to $ __1,870.00__ per month.

[✓] Plan composition percentage is set at __1__ %.

[ ] Plan term set at _____ months; minimum unsecured dividend is adjusted as necessary.

[ ] Case subject to dismissal if plan payments not completed by _____.

[✓] Plan term is extended as necessary.

[✓] Attorney for debtor allowed presumptive, non-base fee of $ __200.00__.

[ ] Hearing is continued to _____.

[✓] Motion is denied.

[ ] _____

### CERTIFICATE OF SERVICE

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on September 16, 2010.

L. Long
Office of the Chapter 13 Trustee

WATUNDA M. LINTON, 2821 BRITTNI DAYLE DRIVE, CHARLOTTE, NC 28214

This Order has been signed electronically, pursuant to administrative order of the Court. Effective as of date of entry.

George R. Hodges
UNITED STATES BANKRUPTCY COURT JUDGE